### P U C v MINNIEAR & SONS

Ohio Supreme Court
No 22300. Decided Nov. 26, 1930

For full opinion see 123 Oh St 79 (Oh Bar 1-13-31).